IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,** *a pseudonym*, <br><br> Plaintiff, <br><br> v. <br><br> **DREXEL UNIVERSITY**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 23-3555-KSM** |

## ORDER

**AND NOW** this 4th day of December, 2023, upon consideration of Plaintiff's unopposed Motion for Leave to Proceed under a Pseudonym (Doc. No. 2), it is **ORDERED** that the motion is **GRANTED**, and Plaintiff may proceed under a pseudonym.

**IT IS FURTHER ORDERED** that all parties in the above-captioned matter shall maintain the anonymity of Plaintiff, Jane Doe, through the use of this pseudonym in all filings, including the redaction of all filings, exhibits, and documents containing her full name.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**