IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,** *a pseudonym*, <br><br> Plaintiff, <br><br> *v.* <br><br> **DREXEL UNIVERSITY**, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-3555-KSM |

## ORDER

**AND NOW** this 20th day of December, 2023, following the Court's pretrial conference with the parties on December 20, 2023, it is **ORDERED** as follows:

1. Counsel shall participate in a settlement conference with Magistrate Judge Carol Sandra Moore Wells to be held **in person** on **January 8, 2024 at 10:00 a.m**.

2. Plaintiff's amended complaint, if any, shall be filed no later than **January 16, 2024.**

3. Following any appropriate meet and confer with Plaintiff's counsel, Defendants shall file a responsive pleading to Plaintiff's amended complaint no later than **February 6, 2024.**

4. Counsel for both parties shall appear for an in-person pretrial conference on **January 22, 2024 at 2:00 p.m.** in **Courtroom 16-B of the United States District Courthouse, 601 Market Street, Philadelphia, Pennsylvania**.

5. Defendants' time to respond to any outstanding discovery requests by Plaintiff shall be suspended and will commence after **January 22, 2024.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**