IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DREXEL UNIVERSITY et al | : | 23-cv-3555 |
| | : | |

**O R D E R**

AND NOW this 26th day of January 2024, it is hereby **ORDERED** that a follow-up settlement conference in the above-captioned matter, has been scheduled for **February 13, 2024 at 2:00 p.m., in chambers, on the 3rd floor of the Federal Courthouse.** All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

BY THE COURT:

 /s/Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE