**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| DREXEL UNIVERSITY et al | : | 23-cv-3555 |
| | : | |

**O R D E R**

AND NOW this 5th day of March 2024, it is hereby **ORDERED** that a follow-up settlement conference in the above-captioned matter, has been scheduled for **March 19, 2024 at 10:00 a.m.** All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

 /s/Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE